UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS KIDD,

    Petitioner,

v.

    Case No. 1:15-cv-948

    HONORABLE PAUL L. MALONEY

CARMEN PALMER,

    Respondent.
_____/

## **JUDGMENT**

Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date: January 11, 2016

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge